**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

N.A.,

Plaintiff,

v.

CHRISTOPHER J. LA ROSE, et al,

Defendants.

Case No: 25-cv-3061-BJC-MSB

**ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT [ECF NO. 7.]**

Pending before the Court is the Petitioner's Motion to Dismiss Petition for Writ of Habeas Corpus as Moot. ECF No. 7. On November 17, 2025, Petitioner was released from custody from Otay Mesa Detention Center, therefore, Petitioner has obtained the only relief that could have been granted in this action. Accordingly, the Court **GRANTS** the Motion to Dismiss. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**

Dated: December 4, 2025

Honorable Benjamin J. Cheeks
United States District Judge